UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHOK K. LALWANI,            ) | |
|                                              ) | |
|             Plaintiff,             ) | |
|                                              ) | |
|             v.                         ) | No. 1:24-cv-01905-JPH-CSW |
|                                              ) | |
| THE TRUSTEES OF INDIANA ) | |
| UNIVERSITY,                      ) | |
| LOPO REGO Dr.,                 ) | |
| ANGIE RAYMOND Dr.,       ) | |
|                                              ) | |
|             Defendants.         ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 11:00 a.m., Indianapolis time (EST), on March 17, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER is** entered:

1. An order setting a settlement conference shall issue by separate entry.

2. A **Telephonic Status Conference** is set for **May 14, 2025, at 3:00 p.m.**, Indianapolis time (EST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

3. A Second **Telephonic Status Conference** is set for **June 10, 2025, at 10:00 a.m.**, Indianapolis time (EST), before the Honorable Crystal S. Wildeman,

United States Magistrate Judge. The purpose of this conference is to confirm readiness for the July 10, 2025, Settlement Conference. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

      This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

      **SO ORDERED.**

**Dated:** March 17, 2025

_[signature]_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**