UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHOK K. LALWANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:24-cv-01905-JPH-CSW |
| | ) |
| THE TRUSTEES OF INDIANA | ) |
| UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION TO EXTEND DEADLINE

Now before the Court is Plaintiff Ashok K. Lalwani's *First Motion for Enlargement of Case Management Deadline* seeking a 30-day extension on the deadline to move to amend the pleadings (the "*Motion*"). (Dkt. 31). Defendants filed a Response in which they stated they "do not object" but have other "significant concerns." (Dkt. 32). Counsel thereafter advised court staff of meet and confer efforts. Then, Lalwani filed a Reply. (Dkt. 33). The Court, having reviewed the briefing and being duly advised, now **GRANTS** the *Motion*. (Dkt. 31).

The Federal Rules provide that district courts may grant extensions of time for "good cause." Fed. R. Civ. P. 6(b); *see e.g.*, *Gonzalez v. Ingersoll Milling Mach. Co.*, 133 F.3d 1025, 1030 (7th Cir.1998). Here, Lalwani has demonstrated good cause for an extension.

**IT IS THEREFORE ORDERED** that all motions for leave to amend the pleadings shall be filed on or before April 28, 2025.

**So ORDERED.**

Date: April 2, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.